Jose De Jesus **GUTIERREZ–MARTINEZ,** Petitioner,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 05–76235.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006 *.

Filed Dec. 8, 2006.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Carol A. Dvorkin, Esq., Law Office of Carol A. Dvorkin, San Francisco, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, John S. Hogan, Esq., San Francisco, CA, Ste. 700S, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, LEAVY, and FISHER Circuit Judges.

MEMORANDUM **

Jose De Jesus Gutierrez–Martinez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We review for abuse of discretion the denial of a motion to reopen. *See Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion by denying the motion to reopen because the BIA considered the evidence of Gutierrez–Martinez's shoulder injury and acted within its broad discretion in determining that it did not constitute prima facie evidence of hardship. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002)

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

(The BIA's denial of a motion to reopen shall be reversed only if it is "arbitrary, irrational or contrary to law.").

It follows that the BIA did not violate due process by denying Gutierrez–Martinez's motion to reopen. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (explaining that petitioner must show error to prevail on a due process challenge).

**PETITION FOR REVIEW DENIED.**